**EXHIBIT 2:** INFRINGEMENT
URL: https://www.instagram.com/p/C8ARwFuoxbJ/?img_index=2

